SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-FILING

FILED

2007 SEP 25  P 12: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07 00611 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 26 U.S.C. § 7201 – Tax Evasion |
| HUY QUOC NGUYEN, | ) |
| Defendant. | ) SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (26 U.S.C. § 7201– Tax Evasion)

On or about April 13, 2001, in the Northern District of California, the defendant

HUY QUOC NGUYEN,

then a resident of San Jose, California, did willfully and knowingly attempt to evade and defeat the income tax due and owing by defendant to the United States of America for the calendar year 2000 by preparing, signing, and mailing or otherwise delivering, and causing to be prepared, signed, and mailed or otherwise delivered, a false and fraudulent individual income tax return, which return was filed with the Internal Revenue Service, wherein it was stated on line 69 of the

INFORMATION

1  Form 1040 that the tax due to the United States for the calendar year 2000 was $123,113,
2  whereas, as he then and there well knew and believed, the total tax due to the United States for
3  calender year 2000 was greater than $123,113.
4      All in violation of Title 26, United States Code, Section 7201.
5
6  COUNT TWO: (26 U.S.C. § 7201– Tax Evasion)
7      On or about April 13, 2002, in the Northern District of California, the defendant
8                          HUY QUOC NGUYEN,
9  then a resident of San Jose, California, did willfully and knowingly attempt to evade and defeat
10 the income tax due and owing by defendant to the United States of America for the calendar year
11 2001 by preparing, signing, and mailing or otherwise delivering, and causing to be prepared,
12 signed and mailed or otherwise delivered, a false and fraudulent individual income tax return,
13 which return was filed with the Internal Revenue Service, wherein it was stated on line 70 of the
14 Form 1040 that the tax due to the United States for the calendar year 2001 was $36,983, whereas,
15 as he then and there well knew and believed, the total tax due to the United States for calender
16 year 2001 was greater than $36,983.
17     All in violation of Title 26, United States Code, Section 7201.
18
19 Dated: 9/25/2007          SCOTT N. SCHOOLS
                              United States Attorney
20
21
22                            DAVID R. CALLAWAY
                              Deputy Chief, San Jose Branch Office
23
24 (Approved as to form: _____)
                          C. Singh
25
26
27
28

INFORMATION

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
26 U.S.C § 7201 - Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

E-FILING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
07 SEP 25 PM 12:16
RICHARD W. WIEKING
U.S. DISTRICT COURT

**DEFENDANT - U.S.**
▶ HUY QUOC NGUYEN

**DISTRICT COURT NUMBER**
CR 07 00611

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
S/A Ron Minor-I.R.S.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    CARLOS SINGH

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes    If "Yes" give date filed _____
                          ☐ No

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

**Comments:** Defendat will appear voluntarily for arraignment on 09/27/07 before Magistrate Patricia v. Trumbull.