DOCUMENTS UNDER SEAL □                                    TOTAL TIME (mins): 5 min.

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Corinne Lew | REPORTER/FTR FTR |
|---|---|---|

| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 9/27/07 | NEW CASE □ | CASE NUMBER CR 07-00611 JW |
|---|---|---|---|

## APPEARANCES

| DEFENDANT Huy Quoc Nguyen | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Kenneth Barish | PD. □ RET. ■ APPT. □ |
|---|---|---|---|---|---|

| U.S. ATTORNEY C. Singh | INTERPRETER | □ FIN. AFFT SUBMITTED | □ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER L. Weigel | □ DEF ELIGIBLE FOR APPT'D COUNSEL | □ PARTIAL PAYMENT OF CJA FEES |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | □ STATUS |
|---|---|---|---|---|
| □ I.D. COUNSEL | ☒ ARRAIGNMENT | □ BOND HEARING | □ INITIAL APPEAR REV PROB OR S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT HEARING |

## INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☒ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| □ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 25,000 PR | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED □ CASH $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED | ☒ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| □ CONSENT ENTERED | ☒ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 10/22/07 | □ ATTY APPT HEARING | □ BOND HEARING | □ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 1:30 p.m. | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGN-MENT | □ CHANGE OF PLEA | □ OTHER |
| BEFORE HON. James Ware | □ DETENTION HEARING | | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

STD: 12/6/07

cc: L. Garcia