AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Huy Quoc Nguyen

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-00611 JW

I, _Huy Quoc Nguyen_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __09/27/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Patricia V. Trumbull_
Judicial Officer