UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/22/2007
**Case No:** CR-07-0611 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Huy Quoc Nguyen (NC)

**Attorney(s) for Plaintiff(s):** Carlos Singh
**Attorney(s) for Defendant(s):** Kenneth Barish

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

**Hearing Held. Defendant Nguyen present and not in custody for proceedings. This is the Defendant's initial appearance before the Court. The Last Day for Trial is 12/6/2007. The Court continued this matter to 12/17/2007 at 1:30 PM for Further Trial Setting Hearing. Time is excluded from 10/22/2007 to 12/17/2007 for efforts to resolve this matter short of trial.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: