KENNETH M. BARISH, ESQ., SBN 56504
STEVEN R. MATHER, ESQ., SBN 109566
KAJAN MATHER AND BARISH
A PROFESSIONAL CORPORATION
9777 Wilshire Blvd., Suite 805
Beverly Hills, California 90212
Telephone:  (310) 278-6080
Facsimile: (310) 278-4805

Attorneys for Defendant,
Huy Quoc Nguyen

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-00611 |
| Plaintiffs, | STIPULATION RE CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER THEREON |
| v. | |
| HUY QUOC NGUYEN, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California, and defendant Huy Quoc Nguyen, by and through his attorney of record, Kenneth M. Barish, hereby stipulate and agree as follows:

    1.    With the court's permission, the Status Conference in this matter, currently scheduled for December 17, 2007 at 1:30 p.m., may be continued to January 28, 2007 at 1:30 p.m.

    2.    Defendant was arraigned on September 27, 2007, and made his first appearance before the Court on October 22, 2007.  No trial date has been set in the matter.

**STIPLUATION RE CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER THEREON**

3.   The government is still in the process of providing discovery to defendant and defendant is still in the process of reviewing records and conducting a financial analysis of the numerous tax records.

4.   The parties believe that this matter will be expedited and more efficiently conducted with the saving of time and money should the Court grant additional time until the status conference, so that the parties will be in a better position to inform the Court of potential motions and potential disposition of the matter.

5.   The defendant's counsel resides in Los Angeles, California and asks that the Court take into consideration the additional problem with his availability for the scheduled conference date of December 17, 2007.

6.   This is the first stipulation continuing the status conference of this matter and the first stipulation in this matter.

7.   Accordingly, the parties respectfully request that the status conference hearing for Huy Quoc Nguyen be continued until January 28, 2008, at 1:30 p.m.

8.   Furthermore, the parties stipulate to an exclusion of time from December 17, 2007 to January 28, 2008, under the Speedy Trial Act for production and review of discovery, effective preparation and that the interest of justice served by granting of such continuance outweighs the

///

///

///

best interest of the public and the defendant, who is not in custody, in a speedy trial. 18 U.S.C. 3161(h)(8)(A) and (B).

IT IS SO STIPULATED.

Respectfully submitted,

DATED:   December 11, 2007        KAJAN MATHER AND BARISH

/S/
_____
Kenneth M. Barish, Esq.
Attorney for Defendant HUY QUOC NGUYEN

DATED:   December 11, 2007        SCOTT N. SCHOOLS
United States Attorney

/S/
_____
CARLOS SINGH
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

## ORDER

Pursuant to the above-stated stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the status conference in the above matter, currently scheduled for December 17, 2007 shall be continued to January 28, 2007 at 1:30 p.m.

IS IT FURTHER ORDERED that the time between December 17, 2007 and January 28, 2008 is excluded under the Speedy Trial Act for the reasons provided in the stipulation of the parties.

DATED:   December 13, 2007

_____
Honorable James Ware
United States District Judge

3
**STIPLUATION RE CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER THEREON**