JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

   150 Almaden Blvd., Suite 900
   San Jose, California  95113
   Telephone: (408)  535-5065
   Fax: (408) 535-5066

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00611-JW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING JANUARY 28, 2008 |
| ) | STATUS HEARING TO |
| HUY Q. NGUYEN, ) | FEBRUARY 11, 2008 |
| ) | |
| Defendant. ) | |
| _____ ) | |

     The parties, through their counsel, hereby stipulate to a continuance of the January 28, 2008 status hearing to February 11, 2008 at 1:30 pm for the following reasons: This matter involves some complex tax issues.  The government has provided discovery which the defense and their accounting experts have reviewed and continue to review.  Further, the parties are at a stage where they have exchanged views concerning the case and views on the tax loss in an effort to possibly resolve this case.

     Recently, the defense submitted a letter indicating its view of the tax loss which government counsel and the IRS agent need to review.   However, the IRS case agent will be unavailable beginning January 21, 2008 and through January 29, 2008.  Thus the agent and government counsel will not be able to meet and discuss the defendant's proposal or view of the tax loss until January 30, 2008.  Accordingly, the parties stipulate to a continuance in order that

1 | the next status conference can be meaningful in terms of whether there will be a plea disposition
2 | or a trial.
3 |   The parties stipulate that the time between January 22, 2008 and February 11, 2008, is
4 | excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) (need to review discovery, effective
5 | preparation, unavailability of government agent and interest of justice).
6 |
7 | _____/s/_____  _____/s/_____
   | Kenneth M. Barish.       Carlos Singh
8 | Counsel for Huy Q. Nyugen    Assistant United States Attorney
9 | January 18, 2008       January 18, 2008
10 |
11 |
12 |
   | **SO ORDERED.**
13 |
   |             _____
   |             JAMES WARE
14 | January ___, 2008       United States District Judge

Stipulation and Order
CR-07-00611-JW                                  2