KENNETH M. BARISH, ESQ., SBN 56504
STEVEN R. MATHER, ESQ., SBN 109566
KAJAN MATHER AND BARISH
A PROFESSIONAL CORPORATION
9777 Wilshire Blvd., Suite 805
Beverly Hills, California 90212
Telephone: (310) 278-6080
Facsimile: (310) 278-4805

Attorneys for Defendant,
Huy Quoc Nguyen

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-00611 |
| Plaintiffs, | STIPULATION AND ORDER CONTINUING FEBRUARY 11, 2008 STATUS HEARING TO MARCH 10, 2008 |
| v. | |
| HUY QUOC NGUYEN, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California, and defendant Huy Quoc Nguyen, by and through his attorney of record, Kenneth M. Barish, hereby stipulate and agree as follows:

1. With the court's permission, the Status Conference in this matter, currently scheduled for February 11, 2008 at 1:30 p.m., may be continued to March 10, 2008 at 1:30 p.m.

2. Defendant was arraigned on September 27, 2007, and made his first appearance before the Court on October 22, 2007. No trial date has been set in the matter.

1

STIPLUATION AND ORDER CONTINUING FEBRUARY 11, 2008 STATUS HEARING TO MARCH 10, 2008

3. The attorney for the government previously assigned to this matter has left the Office of United States Attorney, and a successor has just been assigned to the case. The new government attorney will need a period of time in which to familiarize himself with this criminal tax case.

4. The parties believe that this matter will be expedited and more efficiently conducted with the saving of time and money should the Court grant additional time until the status conference, so that the parties will be in a better position to inform the Court of potential motions and potential disposition of the matter.

5. The defendant's counsel resides in Los Angeles, California and asks that the Court take into consideration the additional problem with his availability for the scheduled conference date of February 11, 2008. In that regard, when the last continuance was granted, counsel had failed to realize he had a conflict with a case previously scheduled in the Central District of California, United States v. Long, Case No. CR07-459(A)-ODW. That matter is set for a change of plea on February 11, 2008.

6. Accordingly, the parties respectfully request that the status conference hearing for Huy Quoc Nguyen be continued until March 10, 2008, at 1:30 p.m.

7. Furthermore, the parties stipulate to an exclusion of time from February 11, 2008 to March 10, 2008, under the Speedy Trial Act for ~~production and~~ review of discovery, effective preparation and that the interest of justice served by granting such continuance outweighs the best interests of the public and the defendant, who is not in custody, in a speedy trial. 18 U.S.C. 3161(h)(8)(A) and (B).

IT IS SO STIPULATED.

DATED: February 5, 2008         KAJAN MATHER AND BARISH

                                Kenneth M. Barish, Esq.
                                Attorney for Defendant HUY QUOC NGUYEN

DATED: February 6, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

JOSEPH FAZIOLI
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

## ORDER

Pursuant to the above-stated stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the status conference in the above matter, currently scheduled for February 11, 2008 shall be continued to March 10, 2008 at 1:30 p.m.

DATED: _____, 2008

_____
Honorable James Ware
United States District Judge

3

STIPULATION AND ORDER CONTINUING FEBRUARY 11, 2008 STATUS HEARING TO MARCH 10, 2008