UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 3/10/2008
**Case No.:** CR-07-0611 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Gina Colin
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Huy Quoc Nguyen (NC)

**Attorney(s) for Plaintiff(s):** Joe Fazioli
**Attorney(s) for Defendant(s):** Kenneth Barish

## PROCEEDINGS

Status Hearing re Trial Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant Nguyen present and not in custody for proceedings. The parties requested an additional continuance. The Court GRANTED the request and set a Trial Setting/Disposition Hearing for May 12, 2008 at 1:30 PM. Time is excluded from March 10, 2008 through May 12, 2008 for continuity of counsel and continued efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: