UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 5/12/2008  
**Case No.:** CR-07-0611 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Edgar Rensel (NC)

**Attorney(s) for Plaintiff(s):** Joe Fazioli  
**Attorney(s) for Defendant(s):** Kenneth Barish  

## PROCEEDINGS

Status re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Court continued this matter to June 23, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from May 12, 2008 through June 23, 2008 for efforts to resolve this matter short of trial and to calculate tax loss. This is the parties' final continuance

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: