UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware
Date:  June 23, 2008
Case No.: CR- 07-0611  JW
Related Case No.: N/A

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Lee-Anne Shortridge
U.S. Probation Officer: N/A
Interpreter:   N/A

## TITLE

U.S.A. v.  Huy Quoc Nguyen (NC)

Attorney(s) for Plaintiff(s): Joe Faziloi
Attorney(s) for Defendant(s): Kenneth Barish

## PROCEEDINGS

Status re Trial Setting

## ORDER AFTER HEARING

Hearing Held.  Defendant Nguyen present and not in custody for proceedings.  The Court continued this matter to September 15, 2008 at 1:30 PM for Trial Setting/Disposition.  Time is excluded from June 23, 2008 through September 15, 2008 for efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: